UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

November 15, 2011

Memo To Counsel Re: Amos Jones v. Mayor and City Council of Hurlock Maryland
Civil No. JFM-11-123

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's opposition to plaintiffs' motion to amend the first amended complaint and defendant's supplemental motion to dismiss or for summary judgment.

In light of plaintiffs' *pro se* status when they filed the case, I believe that they should be given permission to amend the first amended complaint to assert matters learned during discovery. Therefore, plaintiffs' motion will be granted. Defendant's motion to dismiss or for summary judgment is denied. This ruling is without prejudice to defendant renewing the motion at the conclusion of discovery.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge